# W. W. BARR v. J. N. McFALL ET AL.

APPEAL BY J. N. McFALL FROM THE COURT OF COMMON PLEAS
NO. 1 OF ALLEGHENY COUNTY.

Argued November 7, 1889—Decided January 6, 1890.

One partner is not entitled, under § 84, act of June 16, 1836, P. L. 777,
to priority of payment of the rent of premises owned by him and de-
mised to the partnership, out of the proceeds of an execution sale of
the partnership property, although the process issued upon judgments
confessed against the firm by the other partners alone.

Before PAXSON, C. J., STERRETT, CLARK, WILLIAMS, MC-
COLLUM and MITCHELL, JJ.
No. 239 October Term 1889, Sup. Ct.; court below, Nos.
4–7 December Term 1887, E. D., C. P. No. 1.

The firm of McFall, Hetzel & Co. was composed of John N.
McFall, W. A. Hetzel and G. B. Garrison. That firm being
indebted to W. W. Barr in the sum of $3,750, J. N. Garrison
& Bro., in the sum of $13,279.10, J. N. Garrison and J. A.
Hetzel, in the sum of $7,511.70, and J. A. Hetzel in. the sum
of $15,330, two of the three members of the firm confessed
judgments to their said firm creditors respectively for the debts
aforesaid. Executions Nos. 4, 5, 6, 7 December Term 1887,
were duly issued upon said judgments, and the personal prop-
erty of the firm levied upon and sold by the sheriff, the pro-
ceeds of sale amounting to less than twenty-five per cent of the
judgments. The judgment notes upon which these judgments
were entered were signed by the firm name, and by the names
of Hetzel and Garrison, two of the three partners. John N.
McFall, the other partner, being owner of the real estate upon
which the business of the firm had been conducted, claimed
$1,000 out of the proceeds of sale, for one year's rent of the
premises occupied by the firm, the said premises being owned
by him. The court, without opinion filed, refused to order said
sum to be paid to him, upon his petition setting forth the facts,
whereupon he took this appeal, assigning the refusal of the or-
der as error.

*Mr. A. M. Watson*, for the appellant.

*Mr. A. M. Brown*, *Mr. Miller* and *Mr. Hartje*, for the appellees, were not heard.

PER CURIAM:

The decree is affirmed, and the appeal dismissed at the costs of the appellant.

Decree affirmed.